1
2
3
4                      **UNITED STATES DISTRICT COURT**
5                          **DISTRICT OF NEVADA**
6
7   STEVEN WILSON,                    )
8                    Plaintiff,       )      Case No.  2:15-cv-00625-JCM-CWH
                                      )
9   vs.                               )      **ORDER**
                                      )
10  WILLIAM NOAH, et al.,             )
11                   Defendants.      )
                                      )
12  _____)
13          Presently before the Court is Plaintiff Steven Wilson's Request to Reset Mediation
14  Conference (ECF No. 12), filed on June 13, 2016.
15          The Court previously scheduled an inmate early mediation conference for Friday, July 8,
16  2016, at 1:00 p.m. in Las Vegas.  (Order (ECF No. 10).)  Plaintiff now requests that the mediation
17  be rescheduled given that he recently was released from prison, is living in Reno, and would like to
18  attend the mediation in person.  Having read and considered Plaintiff's motion, and good cause
19  appearing,
20          IT IS ORDERED that Plaintiff Steven Wilson's Request to Reset Mediation Conference
21  (ECF No. 12) is GRANTED.
22          IT IS FURTHER ORDERED that the inmate early mediation conference set for Friday, July
23  8, 2016, at 1:00 p.m. is VACATED.  The Court will reschedule the inmate early mediation in
24  Reno.  The parties will receive notification of the new date and time once it is rescheduled.
25
26          DATED: June 23, 2016
27
28                                      _____
                                        **C.W. Hoffman, Jr.**
                                        **United States Magistrate Judge**